UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23752-CIV-GOLD
MAGISTRATE JUDGE P.A. WHITE

ARMSTRONG JOSE TAVAREZ,          :

    Petitioner,               :

v.                               :         REPORT RECOMMENDING TRANSFER
                                                    OF VENUE
                                                  28 U.S.C. §2241
ERIC HOLDER,                     :

    Respondent.               :
_____

    Armstrong Jose Tavarez, a prisoner confined at the McRae Correctional Facility in McRae, Georgia, has filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. §2241-43, attacking an Order of Deportation.

    The institution where the petitioner is confined is located in McRae, Georgia.

    The applicable venue provision for a §2241 action is 28 U.S.C. §2241(d), which provides concurrent jurisdiction in the district of confinement and the district of conviction, when a state conviction is attacked as unconstitutional. This petition does not attack the validity of a conviction, and the appropriate venue is therefore the district of confinement. See: Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991); Hajduk v. United States, 764 F.2d

795 (11 Cir. 1985); and United States v. Boccadisi, 468 F.Supp. 419 (E.D.N.Y. 1979).

It is therefore recommended that the Clerk be directed to transfer this case to the District Court for McRae Georgia, pursuant to 28 U.S.C. §1406(a).

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 22nd day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Armstrong Jose Tavarez, Pro Se
      Reg#79027-004
      McRae Correctional Facility
      PO Drawer 30
      McRae, GA 31055